**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephanie Roth, | **NO. CV-16-04325-PHX-JWS** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Equifax Information Services LLC, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, at the direction of the Court, judgment is entered in favor of Defendant RSI Enterprises Incorporated and against Plaintiff. This matter is hereby dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

October 10, 2017

s/ Leann Dixon
By    Deputy Clerk